certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Denison Kitchel* for petitioner. *Solicitor General Biddle* and *Messrs. Warner W. Gardner, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 216. COMMISSIONERS OF THE SINKING FUND OF LOUISVILLE *v.* ANDERSON, RECEIVER. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lawrence S. Poston* for petitioner. *Messrs. Frank E. Wood, Robert S. Marx, Harry Kaspir,* and *George P. Barse* for respondents.

No. 217. KELLEY *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. C. L. Dawson* for petitioner. *Solicitor General Biddle* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Warner W. Gardner,* and *Keith L. Seegmiller* for the United States.

No. 220. FULLER ET AL. *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Marshall B. Woodworth* for petitioners. *Assistant Attorney General Rogge* and *Messrs. N. A. Townsend, William W. Barron, W. Marvin Smith,* and *Fred E. Strine* for the United States.

No. 221. RITTER ET AL. *v.* WYOGA GAS & OIL CORPORATION. October 14, 1940. Petition for writ of certiorari